David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
          Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| LAWRENCE L. BUXTON<br>MARGARET ANN BUXTON,<br>     Debtor(s) | Bankruptcy No. 09-27833<br>(Chapter 7)<br>Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Intermountain Health Care<br>PO Box 27808<br>SLC, UT 84127 | $3.30 |
| | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125 | $0.37 |
| | Credit Service of Utah<br>PO Box 3730<br>Logan, UT 84323 | $3.73 |



A check in the amount of $7.40 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of September, 2010

DAVID L. MILLER
Chapter 7 Trustee